# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

ASHLEY L. DONOHUE

VERSUS

PINNACLE ENTERTAINMENT, INC.
D/B/A L'AUBERGE CASINO AND
HOTEL BATON ROUGE AND PNK
(BATON ROUGE) PARTNERSHIP

NO.   2020 CW 0303

**APRIL 14, 2020**

---

In Re:   Pinnacle Entertainment, Inc. d/b/a L'Auberge Casino and
Hotel Baton Rouge and PNK (Baton Rouge) Partnership,
applying for supervisory writs and requesting stay, 19th
Judicial District Court, Parish of East Baton Rouge, No.
674490

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **STAY DENIED; WRIT GRANTED WITH ORDER.** The trial court's
March 9, 2020 order which granted plaintiff's motion to compel
discovery and ordered defendants to provide written discovery
responses is vacated, and the trial court is instructed to first
hold a contradictory hearing, pursuant to La. Code Civ. P. art.
963, prior to ruling on the motion, such hearing to be held in
the normal course of court operations following expiration of
the current orders of the Governor of the State of Louisiana and
the Supreme Court.

                         TMH
                         AHP
                         WIL


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT